IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVE SCARDINA, individually and on behalf of a class ) ) ) | |
| Plaintiff, ) ) | 10 C 8009 |
| ) | Judge Der-Yeghiayan |
| v. ) ) | Magistrate Judge Cox |
| UNITED RECOVERY SYSTEMS, LP, ) ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTIONS TO:
(1) SET A SETTLEMENT CONFERENCE; (2) SUSPEND THE TIME TO: (A)
ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT; (B)
CLASS CERTIFICATION; AND (3) TO STAY DISCOVERY**

NOW COMES, Plaintiff Dave Scardina ("Plaintiff"), by and through his counsel and in opposition to Defendant United Recovery Systems, LP.'s, ("Defendant") motions states as follows:

1. Defendant requests the Court to halt the litigation for a settlement conference in a putative class action, even though Defendant has not made any settlement offer. (Def. Mot. ¶ 4).

2. Defendant has additionally requested this Court to stay Plaintiff's discovery issued on January 28, 2011, which if granted will have the effect of depriving Plaintiff from essential fact discovery needed to make a meaningful evaluation of any settlement offer Defendant may later make.

3. To test Defendant's belief that its machine that dialed Plaintiff's cell phone number "is not a automatic telephone dialing service or predictive dialer as defined by the TCPA," (Def. Mot. ¶ 2), Defendant should be required to answer Plaintiff's

Amended Complaint as it contains allegations that if admitted contradicts Defendant's belief.

4. Additionally, to make any meaningful evaluation of a settlement offer, Defendant needs to respond to the outstanding discovery requests regarding the merits of Plaintiff's case.

WHEREFORE, Plaintiff requests this Honorable Court to deny Defendant's motions for an extension of time to answer of otherwise plead, stay of discovery, and for a settlement conference. If this Court stays briefing and discovery on class certification, and bifurcates discovery ordering the parties to proceed on the merits first, Plaintiff requests that Defendant be required to make immediate efforts to determine membership in and preserve the class list.

           Respectfully submitted,

           s/ Curtis C. Warner
             Curtis C. Warner

Curtis C. Warner
cwarner@warnerlawllc.com
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)